NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMM INNOVATIONS LLC,**
*Plaintiff-Appellant*

**v.**

**REMIND101, LLC,**
*Defendant-Appellee*

---

2025-1964

---

Appeal from the United States District Court for the Central District of California in No. 2:24-cv-10014-HDV-MAR, Judge Hernan D. Vera.

---

**ON MOTION**

---

Before PROST, CHEN, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

EMM Innovations LLC notifies the court that the parties "have agreed to a settlement that will resolve all disputes related to EMM's claims in the litigation" and moves unopposed to remand "for the purpose of seeking vacatur

2                                    EMM INNOVATIONS LLC v. REMIND101, LLC

of the Order Granting Remind101[, LLC]'s Motion to Dismiss that was the basis of this appeal."  ECF No. 11 at 3.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the case is remanded.  In granting the motion, this court takes no position as to whether the district court should grant vacatur.

(2)  Each side shall bear its own costs.

FOR THE COURT

November 24, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  November 24, 2025

cc:  United States District Court for the Central District of California